AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. $3:11cv1170$ |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

    Samuel A. Ramirez and Company, Inc.
    61 Broadway, Ste. 2924
    New York, NY 10006

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Date: __12/12/11__

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3: 11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Credit Agricole Securities (USA), Inc.
1301 Avenue of the Americas
New York, NY 10019

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Name of clerk of court

Date: 12/12/11

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. *3: I Icv I I 70* |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

> Credit Agricole Securities (USA), Inc.
> c/o Registered Agent, Attn: Corporate Secretary
> 1301 Avenue of the Americas
> New York, NY 10019

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Name of clerk of court

Date: ___12/12/11___

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    Mizuho Securities USA, Inc. (Delaware Corp)
    320 Park Avenue, 12th Floor
    New York, NY 10022

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Name of clerk of court

Date: __12|12|11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Mizuho Securities USA, Inc. (Delaware Corp)
c/o Registered Agent, Attn: General Counsel's Office
320 Park Avenue, 12th Floor
New York, NY 10022

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Name of clerk of court

Date: __12|12|11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
### for the
Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | )    Civil Action No.   3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

     RBC Capital Markets, LLC
     Royal Bank Plaza
     200 Bay Street
     Toronto Ontario M5J 2W7

A lawsuit has been filed against you.

     Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

     George E. Barrett
     Barrett Johnston, LLC
     217 Second Avenue North
     Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
Name of clerk of court

Date: 12/12/11

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

RBC Capital Markets, LLC (Minnesota Corp)
c/o Registered Agent, Corporation Service Company
80 State Street
Albany, NY 12207

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
### for the
Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

RBC Capital Markets, LLC (Minnesota Corp)
Three World Financial Center
200 Vesey Street, 8th Floor, New York, NY 10281

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Name of clerk of court

Date: ___12/12/11___

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    RBS Securities Inc., (Delaware Corp)
    600 Washington Blvd.
    Stamford, CT 06830

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Name of clerk of court

Date: __12|12|11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. $3:11cv1170$ |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

RBS Securities Inc.
c/o Registered Agent, Corporation Service Company
50 Weston Street
Hartford, CT 06120

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Date:  12|12|11

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

SMBC Nikko Capital Markets Limited
One New Change
London EC4M 9AF

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: 12/12/11

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
### for the
Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3: 11cv1170 |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

SMBC Capital Markets, Inc. (Delaware Corp)
c/o Registered Agent, SMBC Capital Markets, Inc.
277 Park Avenue, 5th Floor
New York, NY 10172

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
_____
Name of clerk of court

Date: __12/12/11__

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

SMBC Capital Markets, Inc. (Delaware Corp)
277 Park Ave, 5th Floor
New York, NY 10172

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
Name of clerk of court

Date: 12/12/11

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. $3:11cv1170$ |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Suntrust Robinson Humphrey, Inc., (TN Corp)
303 Peachtree Street, 25th Floor
Atlanta, GA 30308

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date:   12/12/11

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Suntrust Robinson Humphrey, Inc., (TN Corp)
c/o Registered Agent, Corporation Service Company
40 Technology Pkwy South, Ste 300
Norcross, GA 30092

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Name of clerk of court

Date:  12/12/11

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Avondale Partners, LLC
Two American Center
3102 West End Avenue, Ste. 1100
Nashville, TN 37203

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. _3:11cv1170_ |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Avondale Partners, LLC
c/o Registered Agent, R. Patrick Shepherd
3102 West End Avenue, Ste. 1100
Nashville, TN 37203

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Robert W. Baird & Co., Inc.
777 East Wisconsin Avenue
Milwaukee, WI 53202

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Robert W. Baird & Co., Inc.
c/o Registered Agent, Glen F. Hackmann
777 East Wisconsin Avenue
Milwaukee, WI 53202

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Date: __12/12/11__

Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    Cowen, & Co., LLC (Delaware Corp)
    1221 Avenue of the Americas
    New York, NY 10020

A lawsuit has been filed against you.

    Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  George E. Barrett
  Barrett Johnston, LLC
  217 Second Avenue North
  Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
Name of clerk of court

Date: 12|12|11

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Cowen, & Co., LLC (Delaware Corp)
c/o Registered Agent, CT Corporation System
111 Eighth Avenue
New York, NY 10011

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: __12|12|11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

CRT Capital Group, LLC
262 Harbor Drive
Stamford, CT 06902

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Date: __12|12|11__

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Caris & Company, Inc. (Illinois Corp)
12671 High Bluff Drive
San Diego, CA 92130

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: 12|12|11

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

> Caris & Company, Inc. (Illinois Corp)
> c/o Registered Agent, Darren J. Caris
> 189 Halcyon Rd.
> Encinitas, CA 92024

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date:  12|12|11

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.  3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Ernst & Young, LLP (Delaware Corp)
Five Times Square, 14th Floor
New York, NY 10036

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
_____
Name of clerk of court

Date: ___12/12/11___

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. $3:11cv1170$ |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Ernst & Young, LLP (Delaware Corp)
c/o Registered Agent, National Registered Agts., Inc.
875 Avenue of the Americas, Ste. 501
New York, NY 10001

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

_____
Name of clerk of court

Date: ___12|12|11___

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Castleoak Securities, L.P. (Delaware Corp)
c/o Registered Agent, CT Corporation System
111 Eighth Ave.
New York, NY 10011

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: ___12/12/11___

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | )    Civil Action No.   3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Sanford C. Bernstein & Co., LLC (Delaware Corp)
1345 Avenue of the Americas
New York, NY 10105

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
Name of clerk of court

Date: ___12/12/11___

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

> Sanford C. Bernstein & Co., LLC (Delaware Corp)
> c/o Registered Agent, CT Corporation System
> 111 Eighth Ave.
> New York, NY 10011

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Castleoak Securities, L.P. (Delaware Corp)
110 East 59th Street, 2nd Floor
New York, NY 10022

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
_____
Name of clerk of court

Date: __12/12/11__

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | ) |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

Civil Action No. 3: 11cv1170

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Gleacher & Company Securities, Inc.
1290 Avenue of the Americas
New York, NY 10104

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: __12|12|11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Gleacher & Company Securities, Inc.
c/o Registered Agent, Gleacher & Co.,
Securities, Inc., 1290 Avenue of the Americas
New York, NY 10104

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

_____
Name of clerk of court

Date:  12/12/11

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |
| | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

> Loop Capital Markets, LLC (Delaware Corp)
> 200 West Jackson Blvd., 16th Floor
> Chicago, IL 60606

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 12/12/11

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | )    Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Loop Capital Markets, LLC (Delaware Corp)
c/o Registered Agent, Stephen Sidney Berkeley
200 West Jackson Blvd., 16th Floor
Chicago, IL 60606

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Muriel Siebert & Co., Inc. (Delaware Group)
c/o Registered Agent, Russell J. Gugleilmino
1 Chase Manhattan Plz
New York, NY 10005

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Date: __12/12/11__

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. $3:11cv1170$ |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Muriel Siebert & Co., Inc. (Delaware Group)
885 Third Ave., 17th Floor
New York, NY 10022

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
_____
Name of clerk of court

Date: __12|12|11__

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

The Williams Capital Group, L.P. (Delaware Group)
c/o Registered Agent, CT Corporation System
111 Eighth Ave.
New York, NY 10011

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date:  12/12/11 

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

The Williams Capital Group, L.P. (Delaware Group)
650 Fifth Ave., 11th Floor
New York, NY 10019

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | ) |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

Civil Action No. 3:11cv1170

## Summons in a Civil Action

To: *(Defendant's name and address)*

Samuel A. Ramirez and Company, Inc.
c/o Registered Agent, Kayser & Redfern, LLP
515 Madison Ave., 30th Floor
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Date: 12/12/11

_____
Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Susquehanna Financial Group, LLP (Delaware Corp)
c/o Registered Agent, Susquehanna Financial
Group, Inc., 401 City Avenue, Ste. 220
Bala Cynwyd, PA 19004

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

_____
Name of clerk of court

Date:  12|12|11

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    Susquehanna Financial Group, LLP (Delaware Corp)
    401 City Ave., Ste 220
    Bala Cynwyd, PA 19004

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Raymond James & Associates, Inc.
c/o Registered Agent, CT Corporation System
1200 South Pine Island Rd.
Plantation, FL 33324

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. $3:11cv1170$ |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Raymond James & Associates, Inc.
880 Carillon Pkwy.
St. Petersburgh, FL 33716

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Oppenheimer & Co., Inc.
c/o Registered Agent, Corporation Service Company
80 State Street
Albany, NY 12207

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Oppenheimer & Co., Inc.
125 Broad Street
New York, NY 10004

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date:  12/12/11

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | |
|---|---|
| JULIUS DANIELS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Morgan Keegan & Company, Inc.
c/o Registered Agent, Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Morgan Keegan & Company, Inc.
50 North Front Street
Memphis, TN 38103

A lawsuit has been filed against you.

Within _21_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: 12|12|11

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Leerink Swann, LLC (Delaware Corp)
c/o Registered Agent, Timothy A.G. Gerhold
One Federal Street, 37th Floor
Boston, MA 02110

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

> Leerink Swann, LLC (Delaware Corp)
> One Federal Street, 37th Floor
> Boston, MA 02110

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Name of clerk of court

Date: __12/12/11__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Lazard Capital Markets, LLC (Delaware Corp)
c/o Registered Agent
National Registered Agents, Inc., 875 Avenue of the
Americas, Ste. 501, New York, NY 10001

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
_____
Name of clerk of court

Date: __12/12/11__

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Lazard Capital Markets, LLC (Delaware Corp)
30 Rockefeller Plaza
New York, NY 10020

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Date: ___12/12/11___

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| JULIUS DANIELS, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11cv1170 |
| HCA HOLDINGS, INC, et al. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

CRT Capital Group, LLC
c/o Registered Agent, CT Corporation System
50 Weston Street
Hartford, CT 06120

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

George E. Barrett
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

Name of clerk of court

Date: 12/12/11

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*